UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 15, 2000

MEMORANDUM TO MR. HARRELL AND COUNSEL

    Re:    James E. Harrell v.
               Sysco Food Services of Baltimore, Inc., et al.
               Civil #L-00-2098
               Civil #L-00-3225

Dear Mr. Harrell and Counsel:

     Defendant Sysco Food Services of Baltimore, Inc., filed a preliminary motion for more definite statement in L-00-2098. Defendant is correct that Mr. Harrell's claims are confusing. The remedy for the confusion is a deposition of Mr. Harrell rather than a written statement from him. Defendant shall take Mr. Harrell's deposition by December 20, 2000. By December 10, 2000, Mr. Harrell shall mail to defense counsel any documents that relate to his claim of discrimination or his damages. At the deposition, defense counsel shall confer with Mr. Harrell and discuss discovery. On December 22, 2000, the parties shall send me a written status report as well as a schedule for discovery and motions.

     Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file