IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES HARRELL       :
             :
             :
v.             : CIVIL NO. L-00-2098
             :
SYSCO FOOD SERVICES    :
ETC., ET AL        :

ORDER

On January 24, 2001, this Court held a telephone conference on the record, attended by all parties. Pursuant to the telephone conference, the Court hereby ORDERS the following:

(1) On or before February 19, 2001, Mr. Harrell shall file an amended complaint.

(2) On or before March 19, 2001, (i) the parties shall complete initial discovery; (ii) any individuals who wish to join this case as a plaintiff shall file a separate lawsuit; and (iii) Plaintiff shall file a motion to consolidate the individual suits.

(3) On or before April 16, 2001, Defendants shall file a response to Plaintiff's motion to consolidate. In addition, counsel for both parties shall confer with each other and submit:

 (i) a joint status report listing the cases and noting whether they should be consolidated; and

(ii) a master discovery schedule that includes who will be deposed. The parties shall conduct depositions in the following sequence: (a) Plaintiff(s); (b) Defendants; (c) other witnesses.

It is so ORDERED this 25TH day of January, 2001.

_____
Benson Everett Legg
United States District Judge