# Rose & Johnson LLC

**Attorneys At Law**
218 E. Lexington Street, Suite 500
Baltimore, MD 21202

George A. Rose, Esq.
Member
Phone: (410) 727-7555
FAX: (410) 727-8119

March 5, 2001

JUDGE BENSON EVERETT LEGG
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 West Lombard Street
Baltimore, MD. 21201

**Re: James Harrell v. SYSCO Food Services, etc., et al.
Civil # L-00-2098 & L-00-3225**

Dear Judge Legg:

Based on preliminary fact investigations and relevant legal review of the claims of five (5) additional Sysco Food Services of Baltimore Inc., (Sysco) employees who have retained us to represent them respecting allegations of employment discrimination at Sysco, we have determined that these employees have not exhausted all of their administrative remedies and therefore may not move forward with their individual claims against Sysco at this time.

As a result we are requesting that the scheduling order with respect to the filing of these additional claims be suspended or delayed for an additional three month to allow the administrative processes that are available to address these claims to be utilized appropriately.

We have contacted Ms. Sue Lawless, counsel for the Defendant, by telephone, and solicited her consent regarding this matter. Ms. Lawless has indicted that she is "not incline to modify the court order."

We believe that this adjustment is warranted with respect to the additional claims because exhausting certain administrative remedies is a condition precedent to filing an individual claim under Title VII.

---

*Handwritten annotation:*

Denied

This case was filed in July of 2000 and must proceed. At this point it is uncertain when and how the other claims will be administratively resolved.

Benson Legg
WMS
3/09/01

3/12/01

In addition, utilizing administrative remedies that may be available to address these employees' claims will enhance the efficiency of the entire process.

Thank for your consideration on this matter.

Very Truly Yours,

George A. Rose, Esq.
ROSE & JOHNSON LLC

cc. Sue Lawless, Esq.
Suite 100, One N. Charles St.
Baltimore MD. 21201-3777